Salome Jenny Park (SBN: 173903)
Associate Counsel, Residuals
Writers Guild of America, west, Inc.
7000 W. Third Street
Los Angeles, California 90048
(323) 782-4700
Fax: (323) 782-4816
Attorney for Petitioner

FILED
CLERK, U.S. DISTRICT COURT
FEB - 2 2006
CENTRAL DISTRICT OF CALIFORNIA
BY

ENTERED
CLERK, U.S. DISTRICT COURT
FEB - 6 2006
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

LODGED
2005 DEC 20 PM 2:00
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

ORIGINAL

Priority ✓
Send ✓
Enter
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only
SCANNED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Writers Guild of America, west, Inc.,

Petitioner,

vs.

4 Dogs, Inc. and The Settlement Associates, LLC,

Respondents.

CASE NO.: CV05-8837 SVW (AJWx)

[~~PROPOSED~~] ORDER AND JUDGMENT

DATE: 1-30-06
TIME: 1:30 PM
CTRM: 6-Spring Street

Honorable Wilson

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The regularly noticed Motion for Order Confirming the Arbitrator's Opinion and Award and for Entry of Judgment in Conformity Therewith of Petitioner Writers Guild of America, west, Inc. ("WGAw", "Guild" and/or "Petitioner") was taken under submission by the Honorable STEPHEN V. WILSON. Respondents 4 Dogs, Inc. and The Settlement Associates, LLC ("Respondents") were duly served with notice of the proceeding but failed to file a responsive pleading. The Court having considered the pleadings and documents on file orders as follow:





8

SCANNED

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered in this proceeding as follows:

1. The Opinion and Award ("Award") signed by Louis M. Zigman, Esq., the sole neutral arbitrator, ("Arbitrator") on March 1, 2005 is confirmed in all respects;

2. Respondents, 4 Dogs, Inc. and The Settlment Associates, Inc. are ordered to pay immediately to the WGAw the sum of thirty-five thousand one hundred thirty-one dollars and eighty-three cents ($35,131.83) on behalf of Mark Steilen and Lawrence H. Toffler for unpaid residuals and interest for their writing services. Interest shall continue to accrue until all residuals and accrued interest are paid in full.

3. Respondents, 4 Dogs, Inc. and The Settlement Associates, LLC are ordered to pay immediately to the WGAw the sum of seven thousand five hundred dollars ($7,500) as damages to the Guild for Respondents' failure to comply with the financial reporting disclosure requirements of the MBA - consistent with prior arbitration awards and also reflective of the cost of increased expenses and resources expended by the WGAw.

4. Respondents, 4 Dogs, Inc. and The Settlement Associates, LLC are ordered to immediately furnish the Guild with the financial reports required by the MBA in connection with this Picture and to pay any additional residuals due based upon those statements, as well as any accrued interest thereon.

SCANNED

5. The Guild is assigned the right to receive all monies owed Respondents by any third party, including but not limited to any licensee, transferee or successor in interest, subject to any prior perfected security agreement in favor of a third party, until the residuals and all interest accrued thereon are paid in full.

6. The arbitrator's fee and the court reporter's fee shall be shared equally by the Guild and Respondents. However, in accord with a number of prior arbitration awards, the Guild shall pay Respondents' share and the Guild shall be assigned the right to be reimbursed by collecting from Respondents its portion of the arbitrator's fee and court reporter's fee.

7. Jurisdiction is retained by the undersigned to resolve any dispute that may arise in the course of administering this Award. Nevertheless, the Award is immediately subject to judicial enforcement notwithstanding this retention of jurisdiction for ministerial purposes.

Dated: 2/2/06

United States District Court Judge